UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

DISNEY ENTERPRISES, INC., et al., )
)
        Plaintiffs, )
)
    v. )    No. 4:05-CV-898 CEJ
)
JOHN DOES 1 - 18, )
)
        Defendants. )

### ORDER

In accordance with plaintiffs' voluntary dismissal of the complaint, pursuant to Fed. R. Civ. P. 41(a)(1),

**IT IS HEREBY ORDERED** that the action against defendants John Doe #2 - #18 is **dismissed without prejudice.**

**IT IS FURTHER ORDERED** that the action against defendant John Doe #1 is **dismissed with prejudice.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of November, 2005.